UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA L. REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>RADCLIFF, BADGE # 224,<br><br>    Defendants. | No. 2:14-cv-2742 KJM AC (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

    On June 23, 2015, the court granted the pro se plaintiff's application to proceed forma pauperis. ECF No. 3. The court's order dismissed the complaint because it failed to allege any actionable conduct by defendant. Plaintiff was granted 30 days to file an amended complaint, if she chose to do so. The order cautioned that failure to file an amended complaint would result in a recommendation to dismiss this action. Plaintiff has not filed an amended complaint, nor responded to the court's order in any way.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 30, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE